

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

09 FEB 11 PM 2: 51

Kerry Hicks

vs.

Daniel C. Cadle

CIVIL CASE NO.  1:09 MC 007

JUDGE

## PRAECIPE FOR ISSUANCE

- ☐ ORIGINAL SUMMONS
- ☐ ALIAS SUMMONS
- ☐ THIRD PARTY SUMMONS
- ☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- ☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- ☒ WRIT OF EXECUTION
- ☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 2/10/09         By: Christopher Williams

Attorney for Plaintiff

revised 02/2009