**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** KERRY R. HICKS | **COURT CASE NUMBER** 1:09-MC-007 |
| **DEFENDANT** THE CADLE COMPANY, BUCKEYE RETIREMENT CO., LLC, LTD., and WILLIAM SHAULIS | **TYPE OF PROCESS** Writ of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Funds in Bank Account at Home Savings and Loan Company — *Totaling $358,141.46*
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 275 Federal Plaza West, Youngstown, Ohio 44501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Gabrielle T. Kelly  
Calfee, Halter & Griswold  
800 Superior Avenue, Suite 1400  
Cleveland, Ohio 44114

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold      Fold

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: (216) 622-8457  
DATE: 4/14/10

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6U | District to Serve No. 6U | Signature of Authorized USMS Deputy or Clerk | Date 4/34/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Thomas M. Gacse, Vice President

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 4-30-10  Time: 2:52 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | 25.00 | | 80.00 | | $0.00 |

REMARKS: .50 per mile @ 50 miles  Akron to Youngstown (Bank) to Youngstown USMS office

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 12/15/80  
Automated 01/00

DC 110
Rev. 7/82

WRIT OF EXECUTION                    Case No. 1:09 MC 007

| United States District Court | DISTRICT Northern District of Ohio, Eastern Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of Ohio (N/OH)

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
Buckeye Retirement Co. LLC Ltd.
100 N. Center Street
Newton Falls, Ohio 44444

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | Amended Judgment Amt. w/ U.S. Marshal costs awarded | DOLLAR AMOUNT | Amt. of Supersedeas Bond |
|---|---|---|---|
| $358,141.46 | $2,721,219.33 | subtract | $2,363,077.77 |

In the United States District Court for the __Northern__ District of __Ohio__,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
Judgment originally from the District Court of Colorado

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLA United States District Court 2 South Main Street Akron, Ohio 44308 | DISTRICT Northern District of Ohio |
|---|---|
| | 6/30/2010 |

Witness the Honorable _____
                              (United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 4/30/2010 | GERI M. SMITH, Clerk |
| | (BY) DEPUTY CLERK *[signature]* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 4-30-10 | 4-30-10 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| P. Elliott | *[signature]* |

| DC 11⊕ Rev. 7/82 | WRIT OF EXECUTION | Case No. 1:09 MC 007 |
|---|---|---|

| **United States District Court** | DISTRICT Northern District of Ohio, Eastern Division |
|---|---|

**TO THE MARSHAL OF:**
Northern District of Ohio (N/OH)

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
William Shaulis
3100 West River Rd.
Newton Falls, Ohio 44444

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | Amended Judgment Amt w/ | DOLLAR AMOUNT | Amt of Supersedeas Bond |
|---|---|---|---|
| $358,141.46 | U.S. Marshal costs granted $2,721,219.23 | subtract | $2,363,077.77 |

In the United States District Court for the __Northern__ District of __Ohio__, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said, Judgment originally from the District Court of Colorado

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE United States District Court | DISTRICT Northern District of Ohio |
|---|---|
| CITY 2 South Main Street Akron, Ohio 44308 | DATE 6/30/2010 |

Witness the Honorable _____
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 4/30/2010 | GERI M. SMITH, Clerk |
| | (BY) DEPUTY CLERK *[signature]* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 4-30-10 | 4-30-10 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| P. Elliott | *[signature]* |

DC 11⊕
Rev. 7/82

**WRIT OF EXECUTION**  Case No. 1:09 MC 007

| United States District Court | DISTRICT Northern District of Ohio, Eastern Division |

**TO THE MARSHAL OF:**
Northern District of Ohio (N/OH)

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**
The Cadle Company
100 N. Center Street
Newton Falls, Ohio 44444

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | Amended Judgment Amt w/ U.S. Marshal costs granted | DOLLAR AMOUNT | Amt. of Supersedeas Bond |
|---|---|---|---|
| $358,141.46 | $2,721,219.33 | ÷ subtract | $2,363,077.77 |

in the United States District Court for the __Northern__ District of __Ohio__,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,
Judgment originally from the District Court of Colorado

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE United States District Court 2 South Main Street Akron, Ohio 44308 | DISTRICT Northern District of Ohio  6/30/2010 |

Witness the Honorable _____
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 4/30/2010 | GERI M. SMITH, Clerk |
|  | (BY) DEPUTY CLERK  [signature] |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 4-30-10 | 4-30-10 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| P. Elliott | [signature] |